UNITED STATES DISTRICT COURTS
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TRAVIS DWIGHT GREEN, | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | NO. 4:13-cv-01899 |
| | § | |
| WILLIAM STEPHENS, Director, Texas | § | |
| Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
|     Respondent. | § | |

## PROOF OF INDIGENCY

    Petitioner, Travis Dwight Green, files this proof of indigency as follows:

    Petitioner was represented by court appointed counsel at trial, on direct appeal and in state habeas proceeding because he did not have the resources to retain an attorney. He has been incarcerated on death row since conviction with no known source of income. Petitioner remains indigent and has no prospects of future earnings that might change his status.

    Respectfully submitted,

    HILDER & ASSOCIATES, P.C.

    /s/ *James G. Rytting*
    James G. Rytting
    State Bar No. 24002883
    819 Lovett Blvd.
    Houston, Texas 77006-3905
    Telephone (713) 655-9111
    Facsimile (713) 655-9112

    ATTORNEY FOR PETITIONER

## CERTIFICATE OF SERVICE

      I hereby certify that on the 30th day of July 2013, a true and correct copy of the above and foregoing Proof of Indigency was served on all counsel of record via ECF, certified mail, return receipt requested, facsimile, electronically, or hand delivery.

                                                   /s/ *James G. Rytting*
                                                       James G. Rytting